**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, and <br><br> NETCHOICE, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:24-cv-00849-RP |

<u>**JOINT NOTICE REGARDING HEARING**</u>

In response to this Court's August 19, 2024, Order, ECF 17, neither party requests a hearing on Plaintiffs' pending Motion for Preliminary Injunction and, in the Alternative, Temporary Restraining Order. ECF 6. The parties jointly agree they are willing to proceed solely on the papers.

The parties also jointly agree that—if this Court believes any hearing on Plaintiffs' Motion is necessary—resolution of the Motion will not require any live witnesses or testimony.

Dated: August 19, 2024

Respectfully submitted,

*/s/ Scott A. Keller*
Scott A. Keller (Texas Bar # 24062822)
scott@lkcfirm.com
Joshua P. Morrow (Texas Bar # 24106345)
josh@lkcfirm.com
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
T: (512) 693-8350
F: (512) 727-4755

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

Steven P. Lehotsky*
steve@lkcfirm.com
Jeremy Evan Maltz (Texas Bar # 24102129)
jeremy@lkcfirm.com
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW, Suite 700
Washington, DC 20001

KIMBERLY GDULA
Chief - General Litigation Division

*/s/Todd Dickerson*
TODD DICKERSON
Attorney-in-charge
Assistant Attorney General
Texas State Bar No. 24118368
Todd.Dickerson@oag.texas.gov

Jared B. Magnuson**
jared@lkcfirm.com
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1309 | Fax: (512) 320-0667

*Motion for admission *pro hac vice* forthcoming

**Admitted *pro hac vice*

Counsel for Defendant

Counsel for Plaintiffs

2

**Certificate of Service**

I certify that on August 19, 2024, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Jeremy Evan Maltz*
Jeremy Evan Maltz

**Certificate of Conference**

I certify that on August 19, 2024, before filing in this Court, counsel for Plaintiffs conferred with counsel for Defendant.

*/s/ Jeremy Evan Maltz*
Jeremy Evan Maltz