IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, and NETCHOICE, LLC., <br> Plaintiffs, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas, <br><br> Defendant. | § § § § § § § § § § § § § | Civil Action No. 1:24-cv-849-RP |

**DEFENDANT'S UNOPPOSED MOTION TO STAY CASE PENDING APPEAL**

Defendant, Ken Paxton, moves the Court to stay this case pending his appeal of this Court's August 30, 2024 order on Plaintiffs' motion for a preliminary injunction.[1] Defendant filed a notice to appeal this decision on September 5, 2024.[2] This case should be stayed during the pendency of the appeal because Defendant asserted threshold jurisdictional challenges against all claims brought by Plaintiffs in this lawsuit.[3] The parties also believe that staying the case while the appeal is pending would best serve the interests of efficiency and judicial economy.

Plaintiffs advised that they are unopposed to this request. We thank the Court for its time and attention to this matter.

Dated: September 6, 2024          Respectfully submitted,

                                                                    **KEN PAXTON**
                                                                    ATTORNEY GENERAL OF TEXAS

---

[1] ECF 25
[2] ECF 26.
[3] *See* ECF 18; *Whole Woman's Health v. Jackson*, 13 F.4th 434, 444 (5th Cir. 2021) ("[T]he notice appealing the order 'divest[s] the district court of its control over those aspects of the case involved in the appeal.'") (quoting *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982)); *see also Wooten v. Roach*, 964 F.3d 395, 412 (5th Cir. 2020); *Williams v. Brooks*, 996 F.2d 728, 729–30 (5th Cir. 1993).

1

**BRENT WEBSTER**
FIRST ASSISTANT ATTORNEY GENERAL

**RALPH MOLINA**
DEPUTY FIRST ASSISTANT ATTORNEY GENERAL

**JAMES LLOYD**
DEPUTY ATTORNEY GENERAL FOR CIVIL LITIGATION

**KIMBERLY GDULA**
CHIEF - GENERAL LITIGATION DIVISION

*/s/Todd Dickerson*
**TODD DICKERSON**
Attorney-in-charge
Assistant Attorney General
Texas State Bar No. 24118368
Todd.Dickerson@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1309 | Fax: (512) 320-0667

*Counsel for Defendant*

### CERTIFICATE OF CONFERENCE

I certify that on September 6, 2024, I conferred with Plaintiff's counsel, Jeremy Maltz, via email regarding the subject of this motion. He stated that he does not oppose this motion.

*/s/ Todd Dickerson*

### CERTIFICATE OF SERVICE

I certify that a copy of the document above was served on all counsel of record who have entered an appearance on September 6, 2024, using the Federal Court CM/ECF system.

*/s/ Todd Dickerson*