**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, and NETCHOICE, LLC.,**<br>　　**Plaintiffs,**<br><br>**v.**<br><br>**KEN PAXTON, in his official capacity as Attorney General of Texas,**<br><br>　　**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 1:24-cv-849-RP** |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY CASE PENDING APPEAL**

On this day the Court considered the Defendant's Unopposed Motion to Stay Case Pending Appeal. After due consideration, the Court **GRANTS** the Defendant's motion.

It is therefore **ORDERED** that all proceedings before the Court in this matter are hereby **STAYED** pending the resolution of the appeal filed at the Fifth Circuit Court of Appeals. All current deadlines in this case are hereby **STAYED** and **CONTINUED** until further order from this Court.

SIGNED on _____, 2024.

_____
Hon. Robert Pitman
United States District Judge